

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00052-CV

Mary **GARCIA**,
Appellant

v.

Scott **ROBERTSON**,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2020CVB001589D4
Honorable Oscar J. Hale, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. Costs of the appeal are taxed against the appellant Mary Garcia.

SIGNED March 23, 2022.

_____
Rebeca C. Martinez, Chief Justice